# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 8, 2016

## NO.  03-13-00303-CV

**Texas Health and Human Services Commission and Chris Traylor, substituted in his official capacity for former Commissioner Kyle L. Janek, Appellants**

**v.**

**F. Michael McMillen, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
### AFFIRMED ON REMAND -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on April 16, 2013.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order denying appellant Texas Health and Human Services Commission's plea to the jurisdiction as to appellee F. Michael McMillen's Whistleblower claim.  Therefore, the Court affirms the trial court's interlocutory order.  The Commission shall pay all costs relating to this appeal, both in this Court and in the court below.